TERENCE N. CHUCH (SBN 90821)
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701

Attorney for Plaintiff
Peregrine Communications, Inc.

FILED

2009 JUL -7 A 9:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| PEREGRINE COMMUNICATIONS, INC., a Colorado corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURENET, a California limited liability company,<br><br>    Defendant. | Case No. CV-09-80096-MISC<br><br>[PROPOSED] ENTRY AND SEIZURE ORDER |

### ENTRY AND SEIZURE ORDER

Having reviewed the papers, declarations, and evidence submitted by Plaintiff, the Court hereby finds and Orders as follows:

### FINDINGS

A.   On April 24, 2009, the District Court for the District of Colorado entered judgment in favor of Plaintiff on Plaintiff's claims against Defendant for failure to pay for certain equipment and services in the total amount of $112,526.58 and taxed costs in the amount of $539.15. On

Plaintiff's motion, the judgment of the District Court for the District of Colorado was registered in the District Court for the Northern District of California and assigned to this Court.

B.  This Court issued a Writ of Execution on May 22, 2009, showing a total judgment of $116,968.79 plus interest as stated.

C.  Under Cal. Code Civ. Pro. § 699.030(b), Plaintiff may apply to the Court *ex parte* for an order directing the levying officer to seize personal property to collect its judgment. The equipment (the "Equipment") sought to be levied upon is described in Exhibit 1 attached hereto and made a part hereof. In addition to the Equipment, Plaintiff also seeks to levy on the following personal property (the Personal Property"):

Extreme networks, Black Diamond core switch;
Middleware manufactured by Minerva Systems;
Cabinets, racks and wiring;
All Dell computer servers;
Digital television monitor.

Defendant's business premises is located either at 2652 E. Bayshore Road or 2600 E. Bayshore Road in Palo Alto, CA 94303. Probable cause exists to support the conclusion that the Equipment is still installed at Defendant's business premises and that the personal property is located in Defendant's business premises. Defendant may be leasing the business premises.

D.  The Equipment consists of specialized video streaming conversion equipment, including an off-air digital decoder, a media converter and related wiring that must be disassembled and packed by Plaintiff's trained technician to insure that the equipment is not damaged. Plaintiff does not seek to levy on the antenna and towers.

E.  E-mails produced by Defendant show that Defendant failed to pay another vendor involved in its IPTV video streaming project and that the vendor was attempting to collect from Defendant as late as March 2008. The fact that Defendant may have other creditors supports Plaintiff's request for levy on its equipment no later than fifteen (15) days after the date of this Order.

## ORDER

The Ex Parte Application of Plaintiff Peregrine Communications, Inc. for Entry and Seizure Order is hereby GRANTED as follows:

1. The United States Marshal shall seize the Equipment and Personal Property at the Defendant's business premises, at either 2600 E. Bayshore Drive or 2652 E. Bayshore Drive, Palo Alto, CA and shall accomplish the seizure by employing whatever reasonable force that is necessary to break open and enter Defendant's business premises, regardless whether the premises are locked or unlocked or occupied or unoccupied and to inspect the contents of any room, closets, cabinets, vehicles, or containers to find the Equipment and Personal Property.

2. Plaintiff's employees shall accompany the United States Marshal and his or her deputies at the seizure and shall identify, inventory, disassemble, and pack the seized Equipment and Personal Property.

3. The seizure shall take place not later than fifteen (15) days after the issuance of the order, and shall be made by the United States Marshal's service.

4. Plaintiff shall hold harmless the United States Marshal's service for any claims, including third party claims, arising from any acts, incidents, or occurrences in

connection with the seizure and possession of the Equipment.

5. Anyone interfering with the execution of the order shall be subject to arrest by federal or state law enforcement officials.

6. Defendant shall be charged with all costs of the levy.

**IT IS SO ORDERED.**

Dated: July 7, 2009

UNITED STATES DISTRICT COURT

_____
Honorable Judge James Ware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

                              CLERK, U.S. DISTRICT COURT

                              NORTHERN DISTRICT OF CALIFORNIA

                              _____

                                       DEPUTY CLERK

# EXHIBIT 1

# PEREGRINE COMMUNICATIONS

14818 W. Sixth Avenue Suite 16A
Golden, CO 80401-5086
Phone: 303.278.9660
Fax: 303.278.9685

## ORDER ACKNOWLEDGMENT



| Date | Sales Order |
|---|---|
| 09/13/06 | 53200 |

**Sold To:** SecureNet LLC
Derwin Cox
2652 E Bayshore Rd
Palo Alto
CA  94303

Phone: 650-353-3538
Fax:  1

**Ship To:** SecureNet LLC
Derwin Cox
2652 E Bayshore Rd
Palo Alto
CA  94303

Phone: 650-353-3538
Fax:

NOTES:
1. Taxes are the sole responsibility of the purchaser
2. FREIGHT WILL BE PREPAID AND ADDED TO THE INVOICE.
3. 1/3 DUE AT CONTRACT SIGNING, 1/3 DUE WHEN CONTRACT EQUIPMENT HAS BEEN INSTALLED AT SECURENET SITE, 1/3 DUE WHEN CONTRCT EQUIPMENT HAS BEEN ACTIVATED

| Customer Acct. | Customer PO | Estimated Time | Taxes | Terms | Ship Via |
|---|---|---|---|---|---|
| 000000020615 | 0609-1 | | Additional | SPECIAL | BEST WAY |

| Ln # | Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1 | 8 | OFF-AIR ANTENNAS | $1,000.00 | $8,000.00 |
| 2 | 8 | INSTALLATION (LABOR) FOR ANTENNAS | $800.00 | $6,400.00 |
| 3 | 10 | OFF-AIR DEMODULATOR | $3,350.00 | $33,500.00 |
| 4 | 5 | DEMODULATOR, STEREO | $805.20 | $4,026.00 |
| 5 | 2 | RACK SHELF FOR UP TO THREE UNITS | $100.00 | $200.00 |
| 6 | 3 | IPLEX CHASSIS W/CARRIER CARD | $10,862.00 | $32,586.00 |
| 7 | 3 | IPLEX CARRIER CARD | $400.00 | $1,200.00 |
| 8 | 1 | IPLEX CARRIER CARD BLANK PANEL | $43.00 | $43.00 |
| 9 | 2 | SUBMODULE BLANK PANELS | $5.00 | $10.00 |
| 10 | 15 | MPEG2 ENCODER ANALOG AUDIO | $1,100.00 | $16,500.00 |
| 11 | 15 | CABLE- BALANCED ANALOG AUDIO | $65.00 | $975.00 |
| 12 | 5 | ASI INPUT I/O MODULE | $817.00 | $4,085.00 |
| 13 | 6 | SFP TRANSCEIVER COPPER | $119.00 | $714.00 |
| 14 | 1 | EAS SYSTEM | $12,150.00 | $12,150.00 |

10/11/06   12:07:22

Page   1

| Ln # | Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 15 | 2 | EQUIPMENT CABINETS | $590.63 | $1,181.26 |
| 16 | 2 | DOORS | $227.25 | $454.50 |
| 17 | 1 | SIDE PANELS | $282.38 | $282.38 |
| 18 | 60 | 3.5" BLANK PANEL (BLACK) 19" | $10.13 | $607.80 |
| 19 | 20 | ANGLE SUPPORT BRACKETS, PAIR | $24.75 | $495.00 |
| 20 | 2 | PWR STRIP AC -15 OUTLETS | $56.25 | $112.50 |
| 21 | 2 | TOP MOUNTED FANS | $450.00 | $900.00 |
| 22 | 1 | ENGINEERING SERVICES | $1,600.00 | $1,600.00 |
| 23 | 1 | ENGINEERING, PROJECT MGT, INSTALLATION | $21,000.00 | $21,000.00 |
| 24 | 1 | BRONZE TECH SUPPORT | $2,400.00 | $2,400.00 |
| 25 | 1 | SKYSTREAM SUPPORT | $3,200.00 | $3,200.00 |
| 26 | 1 | SHIPPING | $1,750.00 | $1,750.00 |
| | | | SubTotal | $154,372.44 |
| | | | Sales Tax | $0.00 |
| | | | Shipping | $0.00 |
| | | | Total | $154,372.44 |

Account Manager: Marissa Post
Email: marissa.post@perecom.com

Please contact me if I can be of further assistance at 303.278.9660 Ext 232

Notify Peregrine Communications Inc of any discrepancy promptly.
Peregrine Communications Inc.'s (PCI) Standard Terms and Conditions here on and attached are the only terms and condition that apply to this order unless other terms are expressly agreed to in writing by PCI.